AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of OREGON

| | |
|---|---|
| GARY LEE GOODWIN <br> *Plaintiff* <br> v. <br> JOSH HALL, SARAH INGALLS, BEN-TON COUNTY PAROLE & PROBATION <br> *Defendant* | Civil Action No. 11-CV-6068-HO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BENTON COUNTY PAROLE & PROBATION
c/o GAIL NEWMAN
180 NW 5th ST, Parole & Probation Office
CORVALLIS OR 97330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY LEE GOODWIN
732 NW 29th ST Apt 1
CORVALLIS OR 97330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
CLERK OF COURT

Date: 4/12/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of OREGON

GARY LEE GOODWIN
*Plaintiff*

v.

JOSH HALL, SARAH INGALLS
BENTON COUNTY (OR) PAROLE-PROBATION
*Defendant*

Civil Action No. 11-cv-6068-HO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JOSH HALL
180 NW 5th St, Parole + Probation Office.
CORVALLIS OR 97330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY LEE GOODWIN
732 NW 29th St #1
CORVALLIS OR 97330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN
CLERK OF COURT

Date: 4/12/11

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of OREGON

GARY LEE GOODWIN
*Plaintiff*

v.

JOSH HALL, SARAH INGALLS, BENTON COUNTY (OF) PAROLE & PROBATION
*Defendant*

Civil Action No. 11-cv-6068-HO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SARAH INGALLS,
180 NW 5th St · Parole & Probation Office
CORVALLIS, OR 97330

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY LEE GOODWIN
732 NW 29th St Apt 1
CORVALLIS OR 97330

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/12/11

*Signature of Clerk or Deputy Clerk*