# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

**Gary Lee Goodwin,**

**Plaintiff,**

**v.**                                                          Civil No. **6:11-cv-06068-HO**

**Josh Hall, Benton County Parole and
Probation (OR),** and **Sarah Ingalls,**

**Defendants.**

_____

# JUDGMENT

This action is dismissed.

Dated: July 18, 2011

MARY L. MORAN, Clerk

by ___s/ J. Wright____
     J. Wright, Deputy Clerk